LAUREN MELYNN JOHNSON, SBN 322318
BAY AREA LEGAL AID
1735 Telegraph Ave.
Oakland, CA 94612
ljohnson@baylegal.org
Phone: (510) 250-5203
Fax: (510) 663-4740

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Damion Jones,<br>Plaintiff,<br>v.<br><br>Commissioner of Social Security,<br>Defendant | CIVIL NO. 3:26-cv-04333-LJC<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S BRIEF |

The parties hereto, by and through their undersigned attorneys, hereby stipulate that Plaintiff Damion Jones shall have an additional 30 days, until September 7, 2026, in which to file and serve a Plaintiff's Brief in this action. This stipulation for extended time is requested by Plaintiff and is necessary to allow Plaintiff sufficient time to adequately prepare and file his Brief.

The parties further stipulate that the Court's Procedural Order for Social Security Review Actions shall be modified accordingly.

Dated: August 6, 2026

By: *__/s/ Lauren M. Johnson__*
Lauren M. Johnson
Bay Area Legal Aid
Attorney for Plaintiff

Dated: August 6, 2026

By: *_/s/ Erin Highland_*
Erin Highland (*as authorized by email*)
Special Assistant United States Attorney
Attorney for Defendant

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: August 13, 2026 By: ______________________

Hon. Judge Lisa J. Cisneros